# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TEXAS HEALTH MANAGEMENT LLC | § | |
| | § | |
| v. | § | Civil Action No. 4:18-CV-448 |
| | § | Judge Mazzant |
| HEALTHSPRING LIFE & HEALTH | § | |
| INSURANCE COMPANY, INC. | § | |

## ORDER

On March 29, 2019, the Court dismissed Plaintiff Texas Health Management LLC's ("THM") 9 U.S.C. § 10 petition to set aside arbitration award for lack of subject matter jurisdiction (Dkt. #54). The Court provided THM seven (7) days to file an amended complaint asserting only claims under 42 U.S.C. § 1983. The Court warned THM that failure to file an amended complaint would result in dismissal of its case. THM did not file an amended complaint within seven days. Accordingly, the Court **DISMISSES** THM's claims without prejudice and orders the Clerk of the Court to close this case.

    **IT IS SO ORDERED.**
    SIGNED this 12th day of April, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE